**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| John R. Piccini, an individual, | ) | No. CV-08-8125-PCT-DGC |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo Auto Finance, Inc., a | ) | |
| California corporation; and Transunion | ) | |
| LLC, a business entity domiciled in | ) | |
| Delaware, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Defendant Wells Fargo Auto Finance, Inc. has filed a motion for attorney's fees and costs. Dkt. #28. The motion has been fully briefed. Dkt. ##30, 32. The Court will deny the motion.

Plaintiff's complaint asserts claims for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*., and defamation. Dkt. #1. Plaintiff claims that Defendants published false credit information about him after he entered a truck lease agreement with Wells Fargo. *Id.* Wells Fargo invoked an arbitration clause in the lease agreement to prevail on its motion to compel arbitration. Dkt. ##21, 25. Wells Fargo now moves for attorney's fees and costs incurred in enforcing its right to arbitration.

Under Arizona law, "[i]n any contested action arising out of a contract, express or implied, the court may award the successful party reasonable attorney fees." A.R.S. § 12-

1   341.01(A).  "This statute allows attorney's fees only in the case of breach of contract, express

2   or implied."  *Ford v. Revlon, Inc.*, 734 P.2d 580, 587-88 (Ariz. 1987).  Plaintiff's complaint

3   does not allege a breach of contract, nor can it be said that the statutory and tort claims

4   alleged in the complaint would not have arisen but for breach of the lease agreement.  Wells

5   Fargo argues that its arbitration motion (Dkt. #21) was based on the lease agreement, but that

6   is not the test under A.R.S. § 12-341.01(A).  The question is whether the claims in this

7   lawsuit arose out of contract.  Because they did not, attorney's fees are not available under

8   the statute.

9          **IT IS ORDERED** that Defendant Wells Fargo's motion for attorney's fees (Dkt. #28)

10  is **denied**.

11          DATED this 6th day of April, 2009.

14  _____
              David G. Campbell
              United States District Judge