UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **JOHN R. PICCINI**, an individual<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO AUTO FINANCE, INC.,** a California corporation**; TRANSUNION LLC,** a business entity domiciled in Delaware; and **ENTITIES 1-20 and DOES 1-20,** inclusive;<br><br>Defendants. | Case No.  CV08-8125-PCT DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff John R. Piccini has announced to the Court that all matters in controversy against Wells Fargo Bank, N.A. (improperly sued as Wells Fargo Auto Finance, Inc., a California Corporation) have been resolved.  A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1
2
3
4
5

**IT IS ORDERED** that the claims and causes of action asserted herein by Plaintiff John R. Piccini against Defendant, Wells Fargo Bank, N.A. are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

6

Dated this 9th day of March, 2010.

7
8
9
10
11

_____
David G. Campbell
United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2886438.1/SP/83057/0752/092909